NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN RUSSELL ROBINSON, JR.,      )
DOC# 250548,                     )
                                 )
          Appellant,             )
                                 )
v.                               )      Case No. 2D17-3950
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____)


Opinion filed October 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone, Judge.

John Russell Robinson, Jr., pro se.


PER CURIAM.


          Affirmed.


KELLY, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.